S. J. DYER, H. Gard, Clara L. Boesel, Myrtle C. Harrop, Harry J. Riebe, A. H. Twickler, R. Twickler, J. B. Twickler, Henry A. Marshall, Walter H. Hitz and Walter C. Stork v. MOUNT FOREST FUR FARM, a Michigan Corporation, Lenna B. Bangs, William A. Thorpe, Vincent C. Eggleston, C. M. McGuffie, and a Stockholders' Committee Consisting of Said Individuals and Donald Campbell, Clayton F. Johnson, Dr. Leon Goldsmith, R. D. McNames, Howard C. McClish, Scott G. Ford, J. H. Brace, George R. Allen, and Irwin H. Boesel.

No. 7806.

Circuit Court of Appeals, Sixth Circuit.

Feb. 18, 1938.

Darden & Brashear, of Detroit, Mich., for appellants.

Anderson, Wilcox, Lacy & Lawson, of Detroit, Mich., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The above named appellants and appellees having filed herein a stipulation in which they settled all of their differences and agreed upon a determination of this appeal, and the court having considered said stipulation, on motion of both the appellants and appellees, it is ordered that the appeal filed herein be dismissed and the cause remanded, with instructions to proceed in accordance with such stipulation.

Dismissed and remanded.

EVANS PRODUCTS COMPANY, Petitioner, v. SECURITIES AND EXCHANGE COMMISSION, Respondent.

No. 7318.

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1938.

Prewitt Semmes, of Detroit, Mich., and Nichols, Morrill, Wood, Marx & Ginter, of Cincinnati, Ohio, for petitioner.

John J. Burns, of New York City, and Thomas J. Lynch, of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be, and the same is, dismissed without prejudice, pursuant to stipulation of counsel.

FIRST NATIONAL BANK & TRUST COMPANY, of Kalamazoo, Michigan, a National Banking Corporation, Appellant, v. David E. UHL, Receiver of the Grand Rapids National Bank, Appellee.

No. 7296.

Circuit Court of Appeals, Sixth Circuit.

Feb. 15, 1938.

Knappen, Uhl, Bryant & Snow, of Grand Rapids, Mich., and Stearns, Kleinstuck & Stapleton, of Kalamazoo, Mich., for appellant.

James T. McAllister, of Grand Rapids, Mich., for appellee.

Before MOORMAN and SIMONS, Circuit Judges, and NEVIN, District Judge.

PER CURIAM.

Affirmed for the reasons stated by the District Judge in his opinion and upon his findings of fact which in our opinion are sufficiently supported by the proofs.

Judge MOORMAN participated in conference decision but died before preparation and announcement thereof.